UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER AGUASVIVAS-PENA, et al.<br><br><br>Defendants. | No. 25-CR-78-JL |

**MOTION TO UNSEAL**
**INDICTMENT, ARREST WARRANTS,**
**THIS MOTION, AND DOCKET TEXT ENTRIES**

    The United States of America moves to unseal the indictment, arrest warrants, this motion, and any corresponding docket text entries in this matter. Currently this case is sealed. Law enforcement has arrested many of the charged defendants and believes that unsealing at this juncture will not impact the investigation.

    Respectfully submitted,

    ERIN CREEGAN
    United States Attorney

Dated: September 19, 2025    By: /s/ Heather A. Cherniske
    Heather A. Cherniske
    Assistant United States Attorney
    United States Attorney's Office
    53 Pleasant Street, 4th Floor
    Concord, NH  03301
    (603) 225-1552

Motion:  ☐ Granted  ☐ Denied

_____
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: September 19, 2025